# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR259 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CORY JAMES SHIFFLETT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion to withdraw (Filing No. 57) filed by defense counsel, Shannon P. O'Connor.  Mr. O'Connor requests leave on behalf of the Office of the Federal Public Defender to withdraw because attorney James Martin Davis has entered an appearance (Filing No. 55).

NECrimR 44.1(e) requires the filing of proof of service of the motion on the attorney's client before counsel may be relieved of his or her duties.  Therefore, the instant motion will be held in abeyance pending the required filing.

IT IS ORDERED that the motion to withdraw (Filing No. 57) filed by defense counsel, Shannon P. O'Connor, is held in abeyance pending the filing of proof of service of the motion on his client.

DATED this 25th day of October, 2005.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge