# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**CORY JAMES SHIFFLETT,** )<br>)<br>**Defendant.** ) | **8:05CR259**<br><br>**ORDER** |

Defendant has filed a motion (#87) to continue trial, now set for February 21, 2006. The February 21 trial date was set nearly two months ago, and the court believes that the parties have been given adequate time to conduct plea negotiations. The court's calendar cannot accommodate the defendant's request.

**IT IS ORDERED** that defendant's motion to continue trial (#87) is denied.

**DATED February 13, 2006.**

                              BY THE COURT:

                              s/ F.A. Gossett
                              **United States Magistrate Judge**